SAND, J

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-28-11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STAN LA CORTE, Individually and on behalf of all others similarly situated,

    Plaintiff,

v.

TELEFONOS DE MEXICO, S.A.B DE C.V.,

    Defendants.

Case No. 11 CIV 7481 (LBS) (THK)

**ORDER TO SHOW CAUSE FOR PERMISSION FOR ALTERNATE SERVICE OF PROCESS**

Upon the Declaration of Brian C. Kerr, dated October 27, 2011, and upon the accompanying Memorandum of Law, it is

ORDERED, that the above-named Defendant show cause before a motion term of this Court, at Room 15A, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on October 31, 2011, at 10:30 a.m., or as soon thereafter as counsel may be heard, why an Order should not be issued pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure permitting service of both the Summons and Complaint and anticipated motion for a temporary restraining order upon the Defendant's New York counsel Cleary Gottlieb Steen & Hamilton LLP in a manner proscribed by the Court; and it is further

ORDERED that personal service of a copy of this order and annexed affidavit upon the Defendant's counsel on or before __5__ o'clock in the a.m./(p.m.), October, 28, 2011 shall be deemed good and sufficient service thereof.

Dated: New York, New York
Issued: 10/28/11

_____
United States District Court Judge