UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
STAN LA CORTE,

                Plaintiff,

      -v-

TELEFONOS DE MEXICO, S.A.B. DE C.V.,

                Defendant.
------------------------------------------------------------X

11 Civ. 7481 (JMF)

ORDER OF DISMISSAL

JESSE M. FURMAN, District Judge:

    The Court having been advised that the parties have reached a settlement in principle, it is ORDERED that the above-entitled action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within thirty (30) days if the settlement is not consummated. Any pending motions are moot. All conferences are vacated.

    The Clerk of Court is directed to close the case.

    SO ORDERED.

Dated: November 19, 2012
       New York, New York

_____
JESSE M. FURMAN
United States District Judge